IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

CLINT TUCKER, SR.,

Defendant.                           No. 10-cr-30156-DRH

### ORDER AMENDING PRELIMINARY ORDER FOR FORFEITURE (Doc. 38)

Upon motion of the United States (Doc. 39), and pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure, the Amended Preliminary Order of Forfeiture of December 9, 2011 (Doc. 38) is hereby amended to include, as additional property to be forfeited, the following:

> **One Jennings pistol Type P Model Bryco 58, .380 caliber, obliterated serial number, and approximately 20 rounds of ammunition.**

All other provisions of the Preliminary Order of Forfeiture of December 9, 2011 (Doc. 38) shall remain in full force and effect.

**IT IS SO ORDERED.**

Signed this 19th day of February, 2013.

Digitally signed by
David R. Herndon
Date: 2013.02.19
10:44:24 -06'00'

**Chief Judge**
**United States District Court**